**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Mauro GALLEGOS–PALACIOS, also known as Mario Gonzalez, also known as Mario Garcia, also known as Mario Palacio, Defendant–Appellant.**

No. 08–11097
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 20, 2009.

Nancy E. Larson, Assistant U.S. Attorney, Shawn Lee Smith, U.S. Attorney's Office, Fort Worth, TX, for Plaintiff–Appellee.

Jerry V. Beard, Assistant Federal Public Defender, Peter Michael Fleury, Assistant Federal Public Defender, Federal

---

Public Defender's Office, Fort Worth, TX, for Defendant–Appellant.

Before WIENER, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Mauro Gallegos–Palacios has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Gallegos–Palacios has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.